# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert J. Nelson, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Philadelphia Division, being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI, and have been since July of 2019. Since December of 2019, I have been assigned to the Philadelphia Division where I have been a member of the Child Exploitation and Human Trafficking Task Force. I have received training from the FBI in the enforcement of federal child pornography laws. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media, including computer media.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging JEREMY SCHOBEL, date of birth June 16, 1991, with use of an interstate commerce facility to entice a minor and attempt, in violation of Title 18, United States Code, Section 2422(b); and manufacture of child pornography and attempt, in violation of Title 18, United States Code, Section 2251.

4. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that JEREMY SCHOBEL committed violations of 18 U.S.C. §§ 2422(b) and 2251.

1

5.      On or about November 14, 2022, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report number 138769171 reported by Yubo that user account "sophiavan423" was engaged in online "grooming" of minors. Yubo provided account information for the "sophivan423" account including that the user identified herself to be a 17-year-old girl and posted two photographs to her profile that depicted what appeared to be girl of that age. Within the profile of the "sophiavan423" Yubo account was the following text: "I like girls who like girls why r all of u into crystals 17 philly fems! 👻👻sophiavan423."

6.      Yubo also provided "soft proof" of the identity of the "sophiavan423" account holder within the CyberTipline report. Though the user identified herself as a 17-year-old girl, the soft proof section contained a photograph that depicted an adult male (later confirmed to be the defendant, JEREMY SCHOBEL) and an estimated age of 30.1, and a last updated date of September 20, 2022. Yubo reported this account to NCMEC stating in the CyberTip that "This report is for online grooming. This Adult age male registered in the app as 17 years old female. This person was pretending to be a female, looking for a girl-to-girl relationship, and redirecting the conversation to Snapchat."

7.      Yubo identified the phone number used to create the "sophiavan423" account as 570-280-6196, used in GPS location in the 1400 block of 23rd Street in Philadelphia, Pennsylvania.

8.      The Yubo Cybertipline Report advised that Yubo also closed an additional account with the username "jillmoreno." Yubo associated this account to the same user as the "sophiavan423" Yubo account, stating that the "jillmoreno" account was accessed with the same cell phone as was used to access the "sophiavan423" account. Yubo account "jillmoreno" also

2

contained profile images of what appeared to be a minor female, a bio statement that stated "Truly just here for the attention 😺😺 👻👻jillmoreno131" and contained a "soft proof" image of an adult male (Also later confirmed to be the defendant, JEREMY SCHOBEL) with an estimated age of 33.5 and a recorded date of September 21, 2022. Your Affiant confirmed that the soft proof images from Yubo accounts "jillmoreno" and "sophiavan423" both depicted the defendant, JEREMY SCHOBEL.

9. An administrative subpoena issued to Consumer Cellular for the phone number 570-280-6196 that was used to create the "sophiavan423" account revealed it to be subscribed to by Robert Schobel in Waverly, Pennsylvania. Within the response from Consumer Cellular was phone number 570-280-6196 with the name "Jeremy" next to it.

10. IP addresses provided by Yubo were found to be registered to Verizon, and an administrative subpoena issued to Verizon identified the subscriber as JEREMY SCHOBEL with an address in Philadelphia (known to your Affiant but withheld from this public document), and a phone number of 570-280-6196 (the same phone number used by "sophiavan423" to register the Yubo account).

11. A search of the Pennsylvania Department of Labor records located employment for JEREMY SCHOBEL at the Lower Merion School District. A search of Lower Merion School District staff directory listed JEREMY SCHOBEL as an English Teacher in the Harriton High School.

12. Records later obtained through a federal search warrant from Snapchat for accounts in the same names, "jillmoreno" and "sophiavan423," revealed "Device Locations" data with GPS coordinates that resolved to the Harriton High School on North Ithan Avenue,

3

Bryn Mawr, PA 19010, where SCHOBEL is currently employed as a teacher.

13. Review of the Snapchat records uncovered a conversation with the defendant, using the account "jillmoreno131" and another user identified as "idontcare_901," from December 24, 2022 to March 29, 2023. Three days into their chat, on December 27, 2022, they engaged in the following chat:

| | |
|---|---|
| jillmoreno131: | Sent a close-up image of cleavage with the text "gm😊" |
| jillmoreno131: | can I see u :) |
| idontcare_901: | Sent three images, one of which depicted a close-up of girl wearing red-colored lingerie, with long, lightblue-colored fingernails. |
| jillmoreno131: | Damn ok ma….That lingerie. |
| jillmoreno131: | Can I see ur face :) |
| idontcare_901: | yeah hold on [seven images sent] |
| jillmoreno131: | Ur fineee…..How old are u |
| idontcare_901: | n im 15 |
| idontcare_901: | 16** |
| jillmoreno131: | Can I see ur [cat emoji]. |
| idontcare_901: | [Video sent that depicts a girl in a bedroom who exposes her breasts and vagina and then masturbates] |
| jillmoreno131: | Omg so pretty |
| jillmoreno131: | [sent video which depicted a close-up of a vagina being masturbated] |
| jillmoreno131: | u got any like that |
| idontcare_901: | [sent similar video depicting a close of a vagina being masturbated. Parts of the same clothing worn by the girl in images sent above could be seen in this video.] |
| jillmoreno131: | Omg…..So so hot |

14. On December 28, 2022, they continued their conversation:

    jillmoreno131:   I'm tryna see more of u pretty girl

    idontcare_901:   [sent a video which depicted a half-naked girl wearing an bra, with long fingernails similar to that described above, laying on a bed in front of a mirror with her legs spread apart, exposing her vagina. The female is holding a cellphone recording herself, and then began masturbating.]

    jillmoreno131:   Omfg….I love u….Literally
    jillmoreno131:   I wanna watch u bend over

    idontcare_901:   [sent a video which depicted a half-naked girl with the same bra and long fingernails as described above, kneeling on top of a bed. The girl then bent over in front of the camera, exposing her anus and vagina, then began masturbating.]

15. On June 2, 2023, the Honorable Richard Lloret approved federal search warrant 23-1073-M, which authorized your Affiant to search and seize JEREMY SCHOBEL's residence and his person. On June 7, 2023, members of FBI Philadelphia Division's Child Exploitation Task Force executed search warrant 23-1073-M. JEREMY SCHOBEL was home at the time of the execution of the search warrant and declined to speak with agents. He was transported to the Philadelphia Police Department as the search of his home and the investigation progressed, and while at the Police Department advised that he wished to speak to FBI agents. Your Affiant was contacted and then arrived at the Philadelphia Police Department and spoke with SCHOBEL. Prior to the interview, SCHOBEL was advised verbally and in writing of his Miranda rights, which he acknowledged that he understood and wished to waive and speak with agents. In summary, SCHOBEL admitted to creating both fake profiles (jillmoreno131 and sophiavan423), and to posing as an underage girl so that he could communicate with minor teenaged girls. He admitted he did so to obtain sexually explicit images, which he then used to masturbate. He advised agents that he had committed these crimes for years, and communicated with many

underaged girls, which he identified as between the ages of 16 and 18 years.

16.     Based upon the information above, I respectfully submit there is probable cause to believe that JEREMY SCHOBEL violated 18 U.S.C. § 2422(b), enticement of a minor to engage in illicit sexual conduct and attempt, and 18 U.S.C. § 2251, manufacture of child pornography and attempt, as described in Attachment A.  Therefore, I respectfully request that the attached warrant be issued to authorize the arrest of JEREMY SCHOBEL, date of birth June 16, 1991.

Respectfully submitted,

/s Robert J. Nelson, SA, FBI
Robert J. Nelson
*Special Agent, FBI*

Subscribed and sworn to
before me on June 7, 2023.

/s Honorable Scott W. Reid, USMJ
HONORABLE SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

**Count One – Enticement of a Minor to Engage in Illicit Sexual Conduct – 18 U.S.C. § 2422(b)**

From on or about December 24, 2022 through on or about March 29, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant JEREMY SCHOBEL, date of birth June 16, 1991, used a facility and means of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice and coerce Minor #1, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing and attempted manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

**Count Two – Manufacture and Attempted Manufacture of Child Pornography – 18 U.S.C. § 2251**

On or about December 27, 2022 through on or about December 28, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant JEREMY SCHOBEL, date of birth June 16, 1991, employed, used, persuaded, induced, enticed and coerced Minor #1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by soliciting Minor #1 to record herself engaging in a sexually explicit conduct and transmit the image to defendant JEREMY SCHOBEL via the Internet, and defendant JEREMY SCHOBEL knew and had reason to know that the visual depiction would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.